**ORIGINAL**

FILED IN CLERK'S OFFICE

FEB 13 2007



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:07-CR-050-JTC |
| DAVID JOHNSON | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

From in or about July 2000 and continuing through in or August 2004, in the Northern District of Georgia and elsewhere, the defendant, DAVID JOHNSON, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to knowingly and intentionally import and attempt to import into the United States from Belize, Schedule IV controlled substances, that is, Alprazolam, Diazepam, Lorazapam, Phentermine and Zolpidem, other than for a legitimate medical purpose and not in the course of professional practice, all in violation of Title 21, United States Code, Sections 952(a)(2), 960(a)(1), 960(b)(4), and 963, conceals and did not as soon as possible make known the

same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 205151

RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 121760
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (fax)