AO 455 (Rev.5/85)   Waiver of Indictment

# United States Court

NORTHERN DISTRICT OF GEORGIA

FEB 13 2007

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DAVID JOHNSON | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 1:07-CR-050 |

I, <u>David Johnson</u>, the above named defendant, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 13, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
David Johnson
Defendant

_____
Michael Grace
Counsel for Defendant

Before _____
Judicial Officer